No. 81–1998. PRICE WATERHOUSE v. PANZIRER ET AL. C. A. 2d Cir. [Certiorari granted, 458 U. S. 1105.] In light of the respondents' suggestion of mootness and the petitioner's response, the judgment is vacated and the case is remanded to the Court of Appeals with directions that it instruct the United States District Court for the Southern District of New York to dismiss the complaint with prejudice.

No. — – —. WAMPANOAG INDIAN NATION ET AL. v. MASSACHUSETTS. Motion of plaintiffs for leave to proceed *in forma pauperis* denied.

No. A–419 (82–769). TUCKER v. UNITED STATES. C. A. 5th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. 80–1832. IMMIGRATION AND NATURALIZATION SERVICE v. CHADHA ET AL. C. A. 9th Cir. [Probable jurisdiction postponed, 454 U. S. 812];

No. 80–2170. UNITED STATES HOUSE OF REPRESENTATIVES v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. [Certiorari granted, 454 U. S. 812]; and

No. 80–2171. UNITED STATES SENATE v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. [Certiorari granted, 454 U. S. 812.] Motion of petitioner in No. 80–2170 for leave to file a supplemental brief on reargument granted. Motion of petitioner in No. 80–2171 for leave to file a supplemental brief on reargument granted.